IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.D. ALSTON,

      Plaintiff,                                    CIV S-11-2077 KJM GGH PS

      vs.

CHRISTY WURSTER, et al.,

      Defendants.                          <u>ORDER</u>

_____/

        On April 16, 2012, the magistrate judge filed findings and recommendations, which were served on the parties. The findings and recommendations contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed April 16, 2012 (ECF 22) are ADOPTED and plaintiff's claims against defendant "El Dorado

1

1 County Department of Fish and Game" (or against defendant Wurster in her official capacity as
2 an employee of the "El Dorado County Department of Fish and Game") are dismissed with
3 prejudice as barred by the Eleventh Amendment.

4 DATED: July 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

2