1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CD ALSTON

11              Plaintiff,                    No. 2:11-cv-2077 KJM GGH PS

12        vs.

13

     CHRISTY WURSTER.

14

15              Defendant.              ORDER

16   _____/

17              Presently pending before the court is defendant Wurster's motion to compel

18   plaintiff's deposition testimony, noticed for hearing on August 30, 2012.  (Dkt. No. 31.)  On the

19   court's own motion, the August 30, 2012 hearing date is VACATED and RESET for September

20   6, 2012 at 10:00 a.m. in Courtroom No. 9 before the undersigned.

21   IT IS SO ORDERED.

22   DATED: 08/20/2012

23

                                          /s/ Gregory G. Hollows
24
                                          _____
25                                        UNITED STATES MAGISTRATE JUDGE

26

                                    1