IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CD ALSTON

        Plaintiff,                    No. 2:11-cv-2077 KJM GGH PS

   vs.

CHRISTY WURSTER.

        Defendant.               <u>ORDER</u>

_____/

        Presently pending before the court is defendant Wurster's motion to compel plaintiff's deposition testimony, noticed for hearing on August 30, 2012. (Dkt. No. 31.) On the court's own motion, the August 30, 2012 hearing date is VACATED and RESET for September 6, 2012 at 10:00 a.m. in Courtroom No. 9 before the undersigned.

IT IS SO ORDERED.

DATED: 08/20/2012

                                                  /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

1