IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.D. ALSTON,

      Plaintiff,                                          No. CIV S-11-2077 KJM GGH PS

      vs.

CHRISTY WURSTER,

      Defendant.                                      <u>ORDER</u>

_____/

        On July 2, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections to the findings and recommendations have been filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (dkt. no. 29) are ADOPTED IN FULL; and

2. Plaintiff's motion for leave of court (dkt. no. 28), construed as a request to stay the action, is DENIED.

DATED: September 7, 2012.

_____
UNITED STATES DISTRICT JUDGE